UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH M. CASSELLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF CAL. DEPT. OF CORRECTIONS & REHABILITATION, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1446 WBS CKD P (TEMP)<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: July 8, 2016

　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/md; cass1446.59

1